IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VANESSA LOWERY-BROWN,<br>**Plaintiff,**<br><br>v.<br><br>CITY OF PHILADELPHIA (REGISTER<br>OF WILLS) and<br>JOHN P. SABATINA, Register of Wills,<br>**Defendants.** | CIVIL ACTION<br><br><br><br>NO.  25-6021 |

**O R D E R**

**AND NOW**, this 30th day of June, 2026, upon consideration of the letter/request[1] of plaintiff's counsel to (a) vacate the Order dated June 23, 2026, referring to Hon. Paul S. Diamond for settlement conferencing, and (b) for an extension of the discovery deadline to October 10, 2026, and good cause appearing, **IT IS ORDERED** as follows:

1.      The request of plaintiff's counsel to vacate the Order dated June 23, 2026, referring to Hon. Paul S. Diamond for settlement conferencing is **GRANTED**.  This Court's Order dated May 27, 2026, is **VACATED**.

2.      The request of plaintiff's counsel for an extension of the discovery deadline is **GRANTED**.

**IT IS FURTHER ORDERED** that the case shall proceed on the following schedule:

1.      Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1) are complete.

2.      All remaining fact discovery shall proceed forthwith and continue in such a manner as will assure that all requests for, and responses to, discovery will be served, noticed, and completed by **October 9, 2026.**

---

[1] A copy of the letter/request of plaintiff's counsel dated June 25, 2026, shall be docketed by the Deputy Clerk.

3.      On or before **November 9, 2026**, the parties shall exchange curriculum vitae and reports of expert witnesses. Any responses or rebuttal reports to expert witness discovery shall be produced on or before **December 9, 2026**.

4.      All expert discovery, including all depositions of expert witnesses, shall be completed by **January 8, 2027.**

5.      Any motions for summary judgment and *Daubert* motions shall be filed and served on or before **February 12, 2027**.  Any responses to dispositive motions shall be filed and served on or before **March 12, 2027**.  The parties shall comply with Judge Hodge's Policies and Procedures which are located at https://www.paed.uscourts.gov.

6.      On or before **October 9, 2026**, the parties, through counsel, shall submit a joint report to the Court as to whether they believe a settlement conference before a magistrate judge, or some other form of alternative dispute resolution, would be of assistance in resolving the case.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**
_____
    **HODGE, KELLEY B., J.**